JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ly Thi Kim Huong, et al., | ) | SACV 11-00366-JVS(RNBx) |
| Plaintiff, | ) | ORDER OF DISMISSAL FOR |
| v. | ) | LACK OF PROSECUTION |
| Nghi Le Luong, et al., | ) | |
| Defendants. | ) | |

The Court having issued an Order to Show Cause on ___March 30, 2011___ as to why this action should not be dismissed for lack of Jurisdiction, with a written response due on April 10, 2011 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of jurisdiction and lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: May 4, 2011

_____
James V. Selna
United States District Judge